1084

No. 90–759. CRAYTON ET AL. *v.* PRICHARD HOUSING AUTHOR-ITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–760. McNUTT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–763. FREY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–770. KOZERA ET AL. *v.* WESTCHESTER-FAIRFIELD CHAPTER OF NATIONAL ELECTRICAL CONTRACTORS ASSN., INC., ET AL.; and
No. 90–1061. LOCAL UNION NO. 501 OF INTERNATIONAL BROTH-ERHOOD OF ELECTRICAL WORKERS, AFL–CIO *v.* WESTCHESTER-FAIRFIELD CHAPTER OF NATIONAL ELECTRICAL CONTRACTORS ASSN., INC., ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 909 F. 2d 48.

No. 90–774. LINKOUS *v.* STOVALL ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–797. GAS SPRING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 90–798. THOMPSON *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 90–806. CITY OF WILLCOX, ARIZONA, ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 90–816. KAYSER-ROTH CORP. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–819. CARR ET AL. *v.* PACIFIC MARITIME ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–826. MARQUEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–832. KUROWSKI *v.* CITY OF BRIDGEPORT, CONNECTI-CUT, ET AL. C. A. 2d Cir. Certiorari denied.